TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
MONIKA L. HARA (Cal. Bar No. 323017)
Assistant United States Attorney
General Crimes Section
      1200 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone:  (213) 894-3519
      Facsimile:  (213) 894-0141
      E-mail:      monika.hara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF THE PREMISES LOCATED AT 1842 SOUTH LEWIS STREET, ANAHEIM, CALIFORNIA 92805, AS DESCRIBED MORE FULLY IN ATTACHMENT A | No. 2:26-mj-02949 <br><br> NOTICE OF WITHDRAWAL OF GOVERNMENT APPLICATION FOR SEARCH WARRANT |
| --- | --- |

     Plaintiff, United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California, and Assistant United States Attorney Monika L. Hara, hereby files this Notice of Withdrawal of Government Application for Search Warrant.

//

//

//

The government intended to file its Application in the Southern Division of the Central District of California, and inadvertently filed the underlying papers in the Western Division.  The government hereby withdraws its Application for Search Warrant filed on May 18, 2026.  The government requests the erroneously filed documents remain under seal for the reasons contained in its ex parte application to seal.

Dated: May 18, 2026                Respectfully submitted,

                                   TODD BLANCHE
                                   Acting Attorney General

                                   BILAL A. ESSAYLI
                                   First Assistant United States
                                   Attorney

                                   JENNIFER L. WAIER
                                   Chief Assistant United States
                                   Attorney
                                   Chief, Criminal Division


                                    /S/ Monika L. Hara
                                   Monika L. Hara
                                   Assistant United States Attorney

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA